CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 28 2017

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **BRIAN RICHARDSON,** | ) | CASE NO. 7:17CV00212 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **RED ONION STATE PRISON,** | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions to amend (ECF No. 12, 16, and 20) are **GRANTED**; but the second amended complaint (ECF No. 19) as amended is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 28th day of July, 2017.

_____
United States District Judge